■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH A. LINDSEY, Appellant.— Same decision as in *People* v. *Cheeks* (16 A D 2d 742).

(Appeal from judgment of Erie County Court convicting defendant of assault, second degree and assault, third degree.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.